BONWIT TELLER, INC. (GLOBE SHIPPING CO., INC.), ET AL. *v.* UNITED STATES

**No. 6637.**—Invoices dated London, England, April 25, 1945, etc.
    Certified May 1945, etc.
    Entered at New York, N. Y., June 11, 1945, etc.
    Entry No. 735362, etc.

(Decided December 17, 1946)

*James W. Bevans* for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

COLE, Judge (Abstract): These appeals for reappraisement of various items of merchandise concern the so-called British purchase tax, described in the law of the United Kingdom entitled, "Finance (No. 2) Act 1940 3 & 4 Geo. 6 Ch. 48." The said tax was held not to be an item to be included in foreign value as defined in section 402 (c) of the Tariff Act of 1930 as amended by the Customs Administrative Act of 1938 (19 U. S. C. 1940 ed. § 1402 (c)). *United States* v. *Wm. S. Pitcairn Corp.,* 33 C. C. P. A. 183, C. A. D. 334.

An agreed set of facts shows export value, section 402 (d) of the Tariff Act of 1930 (19 U. S. C. 1940 ed. § 1402 (d)), to be the proper basis for appraisement of

the instant merchandise, and that such statutory values for the articles·in question are the appraised values less additions made by the importers on entry because of advances in similar cases.